# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

In RE:                                              )
                                                    )
                                                    )
John N. Santangelo                                  )
Attorney Discipline Proceedings                     )        Docket No. 1:25-mc-91275-DJC
                                                    )
                                                    )
                                                    )

## PETITION FOR REINSTATEMENT

## PURSUANT TO LOCAL RULE 83.6.10

### Affidavit of Compliance

1.    The period of suspension has expired;

2.    I have fully complied with the requirements of the suspension order; and

3.    I was reinstated in the Commonwealth of Massachusetts by the Massachusetts Supreme Judicial Court on January 30, 2026

Signed and sworn to under the penalties of perjury this 15th day of June, 2026.

_____
John N. Santangelo

1